STEVE EMERY TEICH
Cal. State Bar No. 78397
1390 Market Street
Fox Plaza, Suite 310
San Francisco, CA 94102
Telephone: (415) 864-5494

Attorney for Defendant
EMILIO LOPEZ GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ) | CR 09- 1207 SBA |
| Plaintiff, ) | [PROPOSED] ORDER |
| vs. ) | Date: September 14, 2010 |
| EMILIO LOPEZ GARCIA, ) | Time: 9 a.m. |
| Defendant. ) | |

GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and defendant Emilio Lopez Garcia,

IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled for September 14, 2010 at 9 a.m., is VACATED and this matter is RESET for a change of plea on September 21, 2010 at 11:00 a.m.

IT IS FURTHER ORDERED that the time from September 14, 2010 to September 21, 2010 shall be excluded in accordance with the provisions of the Speedy Trial Act counsel, 18 U.S.C. §§ 3161 (h) (7) (A) and (B) (iv) for adequate preparation of counsel and continuity of counsel. The court finds that the ends of justice served by the granting of the continuance outweigh the interests of the public and the defendant in a speedy and public trial and the failure to grant the requested

Stipulation and Order
CR09-1207 SBA

1  continuance would unreasonably deny continuity of counsel and would deny counsel the reasonable
2  time necessary for effective preparation, taking into account due diligence, given the need for
3  additional legal and factual research, investigation, and review of discovery.
4    IT IS SO ORDERED.

5
6  Dated: September _9_, 2010                    _____
                                                  HONORABLE SAUNDRA B. ARMSTRONG
                                                  United States District Judge

Stipulation and Order
CR09-1207 SBA                           2