UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EMILIO LOPEZ GARCIA,<br><br>　　　　Defendant. | Case No:  CR 09-01207-2 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

On September 14, 2010, the Court referred this matter to Magistrate Judge Beeler for a report and recommendation on the acceptance of Defendant's guilty plea. On September 21, 2010, Magistrate Judge Beeler issued a Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea. The Court has received no objection to the Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Beeler's Report and Recommendation (Docket 52) is ACCEPTED and shall become the Order of this Court.

IT IS SO ORDERED.

Dated: December 14, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge